IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Walker, Keith

Printed: 03/17/09

Case Number: 08 B 30385
Judge: Wedoff, Eugene R
Filed: 11/7/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: January 29, 2009
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | City Of Chicago Dept Of Revenue | Unsecured | 937.00 | 0.00 |
| 2. | Asset Acceptance | Unsecured | 80.90 | 0.00 |
| 3. | Asset Acceptance | Unsecured | 199.80 | 0.00 |
| 4. | Asset Acceptance | Unsecured | 5.70 | 0.00 |
| 5. | Illinois Dept Of Healthcare And Family | Priority |  | No Claim Filed |
| 6. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 7. | Acs, Inc | Unsecured |  | No Claim Filed |
| 8. | Acs, Inc | Unsecured |  | No Claim Filed |
| 9. | Illinois Dept Of Healthcare And Family | Unsecured |  | No Claim Filed |
| 10. | Bay Area Credit Services | Unsecured |  | No Claim Filed |
| 11. | Collection Company Of America | Unsecured |  | No Claim Filed |
| 12. | Harvard Collection Services In | Unsecured |  | No Claim Filed |
| 13. | Enhanced Recovery | Unsecured |  | No Claim Filed |
| 14. | Harvard Collection Services In | Unsecured |  | No Claim Filed |
| 15. | I C Systems Inc | Unsecured |  | No Claim Filed |
| 16. | MRSI | Unsecured |  | No Claim Filed |
| 17. | Professional Account Management | Unsecured |  | No Claim Filed |
| 18. | United Collection Bureau Inc | Unsecured |  | No Claim Filed |
|  |  |  | $ 1,223.40 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Walker, Keith | Case Number: 08 B 30385 |
| | Judge: Wedoff, Eugene R |
| Printed: 03/17/09 | Filed: 11/7/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*